**SEALED** IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



14 SEP 16 PM 3:50

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:12CR55 |
| V. | ) | |
| | ) | ORDER |
| WAYLON BLACKBIRD, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to dismiss without prejudice (filing no. 55) the Petition for Warrant or Summons for Offender Under Supervision (filing no. 50) is granted.

DATED this 16th day of September, 2014.

BY THE COURT:

Laurie Smith Camp
Chief United States District Judge