IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR55 |
| vs. | |
| WAYLON BLACKBIRD, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion for copies (Filing No. 98), including the Docket Sheet, Judgment and Commitment, and Statement of Reasons in this case. The defendant requests a waiver of fees associated with the costs of the copies. The Court sentenced the defendant on the Indictment in this case on October 18, 2012 (Filing Nos. 42 and 44). Additionally, following a Supervised Release Violation, the defendant was sentenced on the Petition for Offender under Supervision [81] on April 11, 2016 (Filing Nos. 95 and 97).

The deadline for filing an appeal as to either Judgment in this case has expired. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of these filings and to pay the costs of the same. The defendant may not obtain a copy of the Statement of Reasons without a Court Order, as the document is sealed.

**THEREFORE, IT IS ORDERED** that the defendant's Motion for Copies and to waive such costs [98] is denied.

Dated this 23rd day of May, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge